UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE LEE GARRETT,<br><br>           Plaintiff,<br><br>  -vs-<br><br>FEDERAL ENGINEERS AND<br>CONSTRUCTORS, INC.,a Washington<br>corporation,<br><br>         Defendant. | NO.  CV-7-5056-LRS<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' Joint Motion to Dismiss and Order Dismissing Action, Ct. Rec. 11, filed February 22, 2008, **IT IS HEREBY ORDERED** that **Ct. Rec. 11** is **GRANTED** and the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 3rd day of March, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL